UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELLYN JONES,<br><br>               Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS REHABILITATION,<br><br>               Defendant. | Case No. 1:18-cv-01308 JDP<br><br>ORDER DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>30-DAY DEADLINE |

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint, filed September 24, 2018 (Doc. No. 1), did not contain a signature, in contravention of Rule 11 of the Federal Rules of Civil Procedure:

> Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

1

Fed. R. Civ. P. 11. Accordingly, the undersigned will direct plaintiff to file a First Amended Complaint containing a signature within 30 days of the date of service of this order.

If plaintiff elects not to file an amended complaint, the undersigned will enter findings and recommendations consistent with this order to dismiss this case without prejudice. Plaintiff is advised that an amended complaint supersedes the original complaint, *Lacey v. Maricopa County*, 693 F.3d. 896, 907 n.1 (9th Cir. 2012) (en banc), and must be complete in itself, without reference to the prior or superseded pleading, Local Rule 220. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged. The amended complaint should be signed; should be titled "First Amended Complaint" in clear, bold type; and should refer to the appropriate case number.

In conjunction with her complaint, plaintiff filed a motion to proceed *in forma pauperis*. (Doc. No. 2.) The form she used for this motion is typically reserved for persons who are incarcerated. (*Id.*) Plaintiff does not appear to be incarcerated because she listed her mailing address as a private residence. (Doc. No. 1, at 1.) Therefore, the undersigned will direct the clerk's office to send plaintiff the appropriate *in forma pauperis* form. Plaintiff must then complete and file this form or pay the $400.00 filing fee in full within 30 days of the date of service of this order.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff must submit a First Amended Complaint within thirty (30) days of the date of service of this order.
2. The clerk's office shall send plaintiff a regular civil *in forma pauperis* application.
3. Within thirty (30) days from the date of service of this order, plaintiff must either file a completed regular civil *in forma pauperis* application or pay the $400.00 filing fee in full.
4. Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: October 4, 2018

_____
UNITED STATES MAGISTRATE JUDGE