UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELLYN JONES,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS REHABILITATION,<br><br>Defendant. | Case No. 1:18-cv-01308-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURES TO PROSECUTE AND TO COMPLY WITH COURT ORDERS<br><br>ORDER DIRECTING THE COURT CLERK TO ASSIGN THE CASE TO A DISTRICT JUDGE<br><br>30-DAY DEADLINE |

Plaintiff is a former state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On October 4, 2018, the court ordered plaintiff to file a first amended complaint and to file a completed regular *civil in forma pauperis* application or pay the $400.00 filing fee in full. ECF No. 4. Plaintiff has neither paid the filing fee nor filed anything in response to the court's order.

The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with a court order. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005). Involuntary dismissal is a harsh penalty, but a district court has duties to resolve disputes expeditiously and to avoid needless burden for the parties. *See*

Fed. R. Civ. P. 1; *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002).

Considering plaintiff's pro se status and in the interests of justice, the court will provide plaintiff with an opportunity to show cause for the failures to prosecute and to comply with the court's order.

**ORDER**

Accordingly,

1. Plaintiff must show good cause in writing, no later than thirty days from the date of service of this order, why this case should not be dismissed for failure to comply with a court order and failure to prosecute. If plaintiff (1) files an amended complaint within thirty days of this order and (2) files a completed regular civil *in forma pauperis* application or pays the $400.00 filing fee in full, the court will discharge the order to show cause and screen the amended complaint.

2. Any response to this order must be filed with the court.

3. Plaintiff is cautioned that failure to file and serve a written response to this order will be grounds for dismissal.

4. The clerk of court is directed to assign a district judge to this case.

IT IS SO ORDERED.

Dated: March 5, 2019

_____
UNITED STATES MAGISTRATE JUDGE